UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AFFORDABLE CARE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:23-CV-469-FL |
| ) | |
| STEPHEN BENCH, DDS and ) | |
| AFFORDABLE DENTURES & ) | |
| IMPLANTS - BURLINGTON, VT, PC ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion to confirm the arbitration award.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 5, 2024, that the plaintiff's motion to confirm arbitration award is GRANTED. Defendants shall pay Plaintiff a total of One Million One Hundred Twenty-Five Thousand, Seven Hundred Ninety Two Dollars and Fifty Four Cents ($1,125,792.54).

**This Judgment Filed and Entered on February 5, 2024, and Copies To:**

Benjamin L. Williams (via CM/ECF Notice of Electronic Filing)

February 5, 2024             PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                             (By) Sandra K. Collins, Deputy Clerk